**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-2002**

———————————

DORCHESTER COUNTY SOLID WASTE DEPARTMENT,

Plaintiff - Appellee,

versus

ROBERT JOHN SCHIEBLE, JR.,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, Senior District
Judge.  (CA-03-858-2-12AJ)

———————————

Submitted:  December 18, 2003          Decided:  January 14, 2004

———————————

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Robert John Schieble, Jr., Appellant Pro Se.  G. Waring Parker,
CHELLIS & FRAMPTON, Summerville, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert John Schieble, Jr., seeks to appeal the district court's order remanding the civil action against him to state court. The district court's remand order is not reviewable. <u>See</u> 28 U.S.C. § 1447(d) (2000). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>